[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Gary Conway

908 Island Ave

Rockford Il 61102

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**RECEIVED**

**JUN 2 9 2022**

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

vs.

Colonial Penn

Life Insurance Company

399 Market Street

Philadelphia, PA

19181 - Joel Schwartz

President

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 22 · 50230

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

___✓___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Gary Conway

B.  List all aliases: None

C.  Prisoner identification number: None

D.  Place of present confinement: None

E.  Address: None

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Colonia Penn Life Insurance Company

Title: Joel Schwartz President

Place of Employment: Colonia Penn Life Insurance Company

B.  Defendant: None

Title: None

Place of Employment: None

C.  Defendant: None

Title: None

Place of Employment: None

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                              Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Hernia Mesh litigation - Client No- PHY-961

B. Approximate date of filing lawsuit: Not Yet

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None
None
NONE
NoNe

D. List all defendants: Johnson an Johnson
NONE
NoNe
NoNE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): The New Jersey Supreme Court

F. Name of judge to whom case was assigned: John C Porte At Atlantic County

G. Basic claim made: Defective medical device
NoNc
NoNE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending
NoNe
NoNe

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

When I found out I have a Life Insurance Policy on my life was In 2017. And the policy was taken out In December 20-2011. So I asket my Sister why did She do this. She Said Just In Cast Somthing happen to me. But She did not tell me About It untill 2011. That Was all She would Say So I Contacted the Insurance. All they did was give me the Runaround. They would Not give me aney of the Information I had asket for. Like why they Soul my Siste a life Insurance Poiley on me with out my Consent, an I did not signe aney Policys an also how much The Policy Is worth and I wont a Copy of The Application Stateing why She Wont to take a life Insurance Policy out on my life. My Sister Loretta Is deceased Now an

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

one of my Other Sisters Hold the Insurance
Policy Now an the Still will not me or Why
this Policy was taken out on my life. I Know
Its got to be more that what they tould me
Becouse I believe Somthing is being Cover
Up. An I Need to Know What It is.

None

None

None

None

None

None

None

None

None

None

None

None

None

None

None

None

5      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I was tould by The life Insurance company
I had to get a court order to get the Infomation
I wont, because I gave No Authorizating
to take a life on Insurance policy on my life,
None
None

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of 6 , 20 22

Gary Conway
(Signature of plaintiff or plaintiffs)

Gary Conway
(Print name)

5002-9256-3653
(I.D. Number)

908 Island Ave. Rockford
Il 61102
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

 **Illinois Department of Insurance**

**JB PRITZKER**
Governor

Dana Popish Severinghaus
Director

May 2, 2022

Gary L. Conway
P. O. Box 486
Forrest City AR 72336

Re:     Complaint number: IL22-04555
         Gary L. Conway

Dear Gary L. Conway:

The Department of Insurance has received a copy of your recent letter However, the Department has no jurisdiction over this issue, and we cannot take action on your behalf.

The Department of Insurance regulates the business of insurance in Illinois; the courts have jurisdiction over pending litigation. As a regulatory agency the Department cannot provide legal advice or represent you in any legal action. If you wish to pursue this matter, you have the right to consult legal representation or seek recovery through the court system. If you need assistance finding an attorney to represent you, the Illinois Attorney General, Consumer Protection Division maintains a list of legal aid providers and contacts for the Illinois State Bar Association on its website.
http://www.illinoisattorneygeneral.gov/consumers/index.html

Sincerely,

Health Products
877-527-9431
217-558-2083 (Fax)
DOI.Complaints@illinois.gov

H0610/L0610 112017

320 West Washington St.
Springfield IL 62767
(217) 782-4515
insurance.illinois.gov

 # Illinois Department of Insurance

**JB PRITZKER**
Governor

**Dana Popish Severinghaus**
Director

April 20, 2022

Gary Conway
908 Island Ave
Rockford IL 61102

Re:     Complaint number: IL22-04879
         Loretta Johnson
         Colonial Penn Life Insurance Company

Dear Gary Conway:

The Department of Insurance acknowledges the receipt of your consumer complaint.  Complaint Number IL22-04879 has been assigned to your complaint.

The complaint process is a formal process and the insurance company that is the subject of your complaint is allowed a specific amount of time by law to respond.  Upon receipt of the response, a complaint analyst will review your complaint along with the company response and determine if any violations of the Illinois Insurance Code or Illinois Insurance Regulations have occurred.  You will be notified in writing with the results of the investigation.

If you filed your complaint via the Department's Message Center, you may monitor progress by logging into your account at https://mc.insurance.illinois.gov.  If you did not file your complaint using Message Center, you may wish to go to the link and create an account.  After creating an account, call the Department at (866) 445-5364 to provide your complaint number so we may link your complaint to your Message Center account allowing you to monitor progress and easily send additional information if necessary.

Thank you for providing us with the opportunity to serve you.  It is our pledge to provide you with prompt courteous service.  For further information about the Department, you may visit our Homepage at insurance.illinois.gov.

Sincerely,

Consumer Services Section



# Illinois Department of Insurance

## Understanding the Consumer Complaint Process    **Revised October 2013**

### What does the Department of Insurance do?

The Department of Insurance makes sure all insurance companies, HMOs, producers selling insurance in Illinois and other regulated entities obey state insurance laws. The Department provides consumer information and investigates complaints about companies and producers.

### What types of complaints does the Department of Insurance handle?

We handle most insurance problems involving home, business, auto, health, HMO, life, credit, dental, etc. Those problems may include coverage issues, claim disputes, premium problems, sales misrepresentations, policy cancellations, and refunds, just to name a few. We will also investigate a complaint against a public adjuster. Please follow the "How to file a complaint" steps if you want to file a complaint against a public adjuster.

### The Department of Insurance cannot:

- Act as your lawyer or give you legal advice;
- Recommend an insurance company, producer or policy;
- Identify an insurance company with whom a particular person may have a policy;
- Resolve a dispute when the only evidence is your word against the word of the producer or company;
- Make medical judgments;
- Make determinations related to the facts of a case – For example, we cannot determine the value of damaged or stolen property or conclude who was at fault for an accident.

### The Department of Insurance does not have jurisdiction over the following plans:

1. **Self-insured employers and health & welfare benefit plans –** Many large employers provide health benefits for their employees through self-insured plans. Although self-insured plans are frequently administered by an insurance company, it is the employer and not the insurance company that bears the risk for paying claims. Generally, federal law exempts self-insured employer plans from state insurance regulation. The same is true of health & welfare benefit plans (union plans). However, the Department does have jurisdiction over adverse determinations of medical necessity and appropriateness to the extent required utilization review procedures are not followed by the entity performing those services for the self insured plan. In most cases, the Department of Insurance will accept your complaint and forward it to the plan in an effort to assist. We recommend you refer to your member handbook on how to file an appeal under the plan. The U.S. Department of Labor has some oversight of these plans.

2. **Federal Employees' health and life insurance**
3. **Medicare HMOs**
4. **Military Insurance**
5. **Policies purchased in another state** (HMO policies may be the exception. Call the Department for assistance if you are covered by an HMO)
6. **Medicare**
7. **Medicaid**
8. **All Kids**
9. **Illinois Comprehensive Health Insurance Plan**

**10. State of Illinois Employee Quality Care Plan**
**11. Workers Compensation**

For information on how to file complaints regarding the above plans, see our Fact Sheet entitled, ***Contact the Proper Agency - Where To File Medicare, Medicaid and Other Health Plan Complaints*** on our website at http://www.insurance.illinois.gov/Complaints/Contact_Proper_Agency.asp or call our Consumer Assistance Hotline toll-free number (866) 445-5364.

## Before filing a complaint:

1. Contact the insurance company or agent and bring the problem to their attention. Document your phone calls by noting the name of the person you speak to, the date of the call and a brief summary of the conversation. Keep copies of all written communications.

2. If you are not satisfied with the results you receive, contact the Department of Insurance for assistance. Insurance analysts are available to answer general questions by phone at our toll-free Consumer Assistance Hotline (866) 445-5364. **However, complaints must be submitted in writing.**

## How to file a complaint

1. Complaints may be submitted in the following ways
   - On-line at http://insurance.illinois.gov/Complaints/file_complaint.asp
   - By email at consumer_complaints@ins.state.il.us.
   - By fax to (217) 558-2083
   - By mail to 320 W. Washington Street, Springfield, IL 62767

   **Keep your originals and send only copies of information.** For a printed copy of the Department's complaint form, contact our toll-free Consumer Assistance Hotline at (866) 445-5364.

2. When your complaint is received, a file number will be assigned and you will be sent written notification of that number. Please refer to the complaint file number when you call or write to the Department.

   ***Note: A copy of the complaint will be sent to the insurance company. Illinois law allows 21 days for an insurer or agent to respond to a complaint.***

3. When a response to complaint is received from the company or producer, an analyst will review the complaint and response. This review will result in one of the following actions:

   - If the complaint has been resolved, the complaint will be closed and you will be sent a letter;
   - If an insurance law has been violated, the Department will request corrective action;
   - If the company is not abiding by the policy, the Department will request corrective action;
   - If the insurer or producer has not responded to all questions or has not investigated the complaint thoroughly, the Department will require them to do so;
   - If no violation of Illinois insurance law is found, a letter will be sent to you with an explanation of the finding and notice that the investigation is being closed.

In each instance, you will receive a written response from the Department explaining the results of our investigation.

Illinois Department of Insurance
320 W. Washington Street
Springfield, IL 62767
(866) 445-5364 toll free
(217) 558-2083 fax
http://insurance.illinois.gov



# Illinois Department of Insurance

**JB PRITZKER**
Governor

Dana Popish Severinghaus
Director

April 28, 2022

Gary Conway
908 Island Ave
Rockford IL 61102

Re:     Complaint number: IL22-04879
        Colonial Penn Life Insurance Company

Dear Gary Conway:

The Department of Insurance has received a reply from the above-named company regarding your complaint. According to the company response your insurance problem has been resolved.

Here is a summary of the insurance company's response:

*"Only the deceased owner's executor/executrix or estate administrator can make any changes. Before we can act further, we will require a copy of the court appointment of administration or Letters Testamentary appointing the legal representative of Loretta Johnson's Estate."*

Since your insurance problem has been resolved your complaint file is being closed; however, if you have further questions or concerns, please feel free to contact me at the number below.

The Department of Insurance is pleased to have been of service to you.

Sincerely,

Gregory Healy
Consumer Services
(866) 445-5364
DOI.Complaints@illinois.gov

Form H0130/L0130 082017

320 West Washington St.
Springfield IL 62767
(217) 782-4515
insurance.illinois.gov

Depart
of Insurance

394 Market St. Philadelphia Pa.
19181

ATTem Joel Schwartz, Prect
To The Colonial penn
Life Insurance company

my Name Is Gary L Conway
12-24-1956 - DoB - Phone Number
870-494-5134 ~ Account
Number - TY57090828 - Address =
908 Island Ave. Rockford Il. 6110z
If Thir Is any In.Fomaton You Need
Please Give me a call.
Att Theresa A Waters Vice
President - Fax 215928668
How much will these payment be
an when they be due I would
like to have copys of the Policy
an the application an How much It is
worth          Gary Conway
                    Think You
          Attedion
          PHS
I did Not Sing aney Insuran. Policy



## Illinois Department of Insurance
## Consumer Complaint Form
## Life and Annuity

320 W. Washington Street
Springfield, IL 62767
**Phone** 866-445-5364
**TDD** 217-524-4872
**Fax** 217-558-2083
mc.insurance.illinois.gov

**Attention:** A complaint may be filed by the policy owner only (unless deceased then by beneficiary or executor of the estate) or authorized representative if specific written permission is provided.*

| Complainant Name (Person completing the form) (Mr. Ms. Mrs. Dr., etc.) | | | Date 4-14-2022 | |
|---|---|---|---|---|
| Gary Conway | | | | |
| Address 908 Island Ave | City Rockford | State Ill | Zip Code 61102 | |
| Phone Number(s) 870-627-6839 | Email Address None | | | |

| Name of Policy owner and/or Insured (if different from above) | | Your relationship to insured person | |
|---|---|---|---|
| Address Loretta Johnson | City Oklahoma City OK | State | Zip Code 73142-3063 |
| Phone Number(s) | Email Address | | |

| Insurance Company/Agency Name and Address | Policy Number |
|---|---|
| Colonia Penn Life Insurance | TY 57090828 |
| If Group Coverage, Name of Employer or Group | Employee Name |
| State of Purchase | Date of Claim or Loss |

**Your relationship to policy owner (one option must be selected and signed):**

☐ **Self** (Please read, sign and date)
I authorize the Department of Insurance to investigate this complaint and to obtain financial and personal health information, if necessary, to conduct the investigation.

**Your Signature** Gary Conway **Date** 4-14-2022

☑ **Authorized Representative** (If complainant is not policy owner, this section must be signed and dated by the policy owner unless deceased)*
I authorize the Department of Insurance to investigate this complaint and to obtain financial and personal health information, if necessary, to conduct the investigation. I further authorize the above named complainant to file this complaint on my behalf and to have access to my financial and personal health information.

**Signature of Policy owner** deceased **Date**

**Please state your complaint** (attach copies of all supporting documentation, and use back of page if necessary)

First of all I Never artherize aney
life Insurance Policy to be taken out on me
Not only my Sister did this My EX wife also

**Complainant Signature:** Gary Conway **Date** 4-14-2022

**Important Notice:** Complaints filed with the Department of Insurance are confidential records and will not be released to any third parties, except the policy owner or authorized representative, or the party against whom the complaint has been filed.



**Illinois Department of Insurance**

**Consumer Complaint Form**

**Life and Annuity**

320 W. Washington Street
Springfield, IL 62767
**Phone** 866-445-5364
**TDD** 217-524-4872
**Fax** 217-558-2083
mc.insurance.illinois.gov

Complaint (continued from front page)

I dont Know what life Insurance
Compaeny my Ex wilfe have but my
Siblings tould me she did becouse
She stay In contact with them. I
Know a lost of the things she have ben
telling them are lies. So I would
like to get her In court to get this
Policy Expurged, As you will see I have
ben being Persecuted sence I had
this abdominal Wall hernia I contracted
while I was Incarcerated back In 2013
on 2014. every since this have by
the People I though was suppose to help
me. As you will see In my Report.
Also I can Not mail this Paper work to You
I will have to Fax It to you. Becouse all
Legaul mail that I send out Never
Make Its destination. And You Will see why
In my Report.

**Important Notice:** Complaints filed with the Department of Insurance are confidential records and will not be released to any third parties, except the policy owner or authorized representative, or the party against whom the complaint has been filed.

January 2016



**COLONIALPENN** ®

---

**Colonial Penn Life Insurance Company · 399 Market Street · Philadelphia, PA   19181**

February 15, 2022

Loretta Johnson
12401 N Mcarthur Blvd Apt 2601
Oklahoma City, OK  73142-3063

Re: TY57090828

Dear Ms. Johnson:

Thank you for contacting Colonial Penn.  We recently received your request to transfer the ownership of your coverage.

A transfer of your coverage ownership to someone else causes your rights to terminate.  This means you cannot name a beneficiary, decide whether to keep the coverage or surrender it for its cash value, or take a loan against it.

If you decide to transfer ownership, please complete the enclosed form and return it to Colonial Penn.  An envelope is provided for your mailing convenience.  We will make the change in our records and send confirmation letters to you and to the new owner.  In turn, you should give the original insurance documents to the new owner.

As always, if you have any questions, just call us toll-free at 1-800-523-9100  .  It is a pleasure to serve you.

Sincerely,

Policyholder Services

Enc.:  Request for Transfer of Ownership - LP26214-0806
Envelope - CR29846-1017



**Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA 19181**

February 15, 2022

Loretta Johnson
12401 N Mcarthur Blvd Apt 2601
Oklahoma City, OK 73142-3063

Re: 1Y37090828

Dear Ms. Johnson:

Thank you for contacting Colonial Penn. We recently received your request to transfer the ownership of your coverage.

A transfer of your coverage ownership to someone else causes your rights to terminate. This means you cannot name a beneficiary, decide whether to keep the coverage or surrender it for its cash value, or take a loan against it.

If you decide to transfer ownership, please complete the enclosed form and return it to Colonial Penn. An envelope is provided for your mailing convenience. We will make the change in our records and send confirmation letters to you and to the new owner. In turn, you should give the original insurance documents to the new owner.

As always, if you have any questions, just call us toll-free at 1-800-523-9100 . It is a pleasure to serve you.

Sincerely,

Policyholder Services

Enc.: Request for Transfer of Ownership - LP26214-0806
Envelope - CR29846-1017



## COLONIAL PENN ®

**Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA   19181**

### CERTIFICATE SCHEDULE

| | |
|---|---|
| Insured:  Gary L Conway | |

| | |
|---|---|
| Certificate Number: | TY57090828 |
| Sex: | Male |
| Issue Age: | 53 |
| Effective Date: | November 04, 2011 |
| Premium: | $175.60      Semi-Annual |
| Nonforfeiture Interest Rate: | 5.00% |

Owner:  Loretta Johnson
736 E 91st Pl
Chicago, IL  60619-7602

**PLAN**

This is group modified benefit whole life insurance.  The Life Insurance Benefit is limited during the first two certificate years.  We will pay the applicable Life Insurance Benefit if the insured dies while the certificate is in force, subject to the terms of this certificate. Premiums are payable to age 100.  Certificate matures at insured's age 121.

The Accidental Death Benefit is payable if Accidental Death occurs during the first two certificate years.  This benefit is payable in addition to the Life Insurance Benefit.

**BENEFIT AMOUNTS**

1. **1st and 2nd Certificate Year**

   a. **Life Insurance Benefit,** return of premiums paid plus 7% interest compounded annually

   b. **Accidental Death Benefit,** the Full Face Amount     $5,000

2. **3rd Certificate Year and After**

   a. **Life Insurance Benefit,** the Full Face Amount     $5,000

| YEAR | ATTAINED AGE | CASH VALUE | PAID-UP INSURANCE | EXTENDED TERM INSURANCE YEARS | DAYS |
|---|---|---|---|---|---|
| 1 | 54 | $0 | $0 | 0 | 0 |
| 2 | 55 | $60 | $180 | 1 | 324 |
| 3 | 56 | $155 | $445 | 4 | 94 |
| 4 | 57 | $250 | $695 | 6 | 13 |
| 5 | 58 | $345 | $925 | 7 | 119 |
| 6 | 59 | $445 | $1,150 | 8 | 148 |
| 7 | 60 | $550 | $1,370 | 9 | 129 |
| 8 | 61 | $655 | $1,575 | 10 | 45 |
| 9 | 62 | $760 | $1,770 | 10 | 260 |
| 10 | 63 | $865 | $1,950 | 11 | 59 |
| 11 | 64 | $975 | $2,125 | 11 | 202 |
| 12 | 65 | $1,080 | $2,285 | 11 | 289 |
| 13 | 66 | $1,190 | $2,440 | 11 | 360 |
| 14 | 67 | $1,300 | $2,590 | 12 | 32 |
| 15 | 68 | $1,410 | $2,725 | 12 | 39 |
| 16 | 69 | $1,525 | $2,865 | 12 | 34 |
| 17 | 70 | $1,640 | $2,990 | 12 | 6 |
| 18 | 71 | $1,760 | $3,120 | 11 | 340 |
| 19 | 72 | $1,875 | $3,235 | 11 | 283 |
| 20 | 73 | $1,990 | $3,345 | 11 | 216 |

**BENEFICIARY:**   Shirley A Cochran, Unless Subsequently Changed.

# COLONIALPENN ®

**Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA 19181**

*[handwritten: Ill. Insurance 866-445-5364]*

*[handwritten: 773]*

December 20, 2011

*[handwritten: 877-877-8052]*

Loretta Johnson
736 E 91st Pl
Chicago, IL 60619-7602

RE: Account # TY57090828

Dear Ms. Johnson:

Thank you for contacting us.

Enclosed are (2) amendment forms showing the requested changes we've made to your insurance.

Please review, complete, sign and return to us, one amendment form for our records. We need to hear from you within 10 days, especially if the amendment does not reflect the correct information. A business reply envelope is enclosed for your convenience in sending us the completed amendment form.

We suggest you attach the second amendment form to your insurance documents and keep it with your other important records.

For almost 50 years, we have provided quality insurance and service to millions of Americans. And, we're proud to have you as one of our valued customers.

If you have any questions, please feel free to contact us, toll free at 1-800-523-9100. We'll be happy to help you in any way we can.

*[handwritten: 800-823-455]*
*[handwritten: 844-201-2 1414]*

*[handwritten: DonTay]*

*[handwritten: Pet AWZender 815-962-7083]*

Sincerely,

*Theresa A. Waters*

Theresa A. Waters
Vice President
Policyholder Services

*[handwritten: 866-295-9570]*

Enclosure:    (2) Amendments
              Envelope EN-26294-606

*[handwritten: Mark Flimmin]*



**COLONIALPENN** ®

...ice Company - 399 Market Street - Philadelphia, PA   19181

### CERTIFICATE RIDER

Please attach to your Certificate of Insurance

Certificate Number   TY57090828

This rider is made a part of the Certificate of Insurance to which it is attached, and takes effect 05/04/2012      or as of the effective date of Insurance shown on said Certificate, whichever is later.

It is hereby agreed that the Certificate of Insurance to which this rider is attached is amended as follows:

The Issue Age of the insured is changed to 54.

The Premium Amount is changed to $187.90, semi-annually.

This rider terminates at the same time as the Certificate to which it is attached, and is subject to all the provisions, definitions, limitations, and conditions of the Group Policy issued to the policyholder shown on the Certificate of Insurance.

COLONIAL PENN LIFE INSURANCE COMPANY

President

Acceptance is Acknowledged by:

_____          _____
Witness                    Date          Insured                     Date



D05052863

This is a true and correct copy of the official record on file in the Office of
Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.



Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health



It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any
certificate which purports to be original, certified copy or copy of a certificate of birth, death
or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**



**VERIFY PRESENCE OF WATERMARK     HOLD TO LIGHT TO VIEW**

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS.
DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH
TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.



**COLONIALPENN** ®

---

**Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA   19181**

April 15, 2020

Loretta Johnson
12401 N Mcarthur Blvd Apt 2601
Oklahoma City, OK  73142-3063

Account #  TY57090828

Dear  Ms. Johnson:

    Enclosed  you'll  find  the  **duplicate  insurance  documents**  you  requested.    We suggest you keep them in a safe place with your other important papers.

    For over 50 years, Colonial Penn has provided quality insurance and service to millions of mature Americans.   And, we're proud to have you as one of our valued customers.

    If  you  have  any  questions,  please  feel  free  to  contact  us,  toll  free  at 1-800-523-9100.  We'll be happy to help you in any way we can.

    Thank you again for the opportunity to serve your insurance needs.

Sincerely,

Joel Schwartz, President
Colonial Penn Life Insurance Company

P.S.   If you'd like to share the valuable advantages of Colonial Penn's products with a friend or loved one age 18-85, call us with their name, toll free at 1-800-854-3459.

Enc.   Insurance Documents

LP27076-1017



**Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA 19181**

### ADMINISTRATIVE REMEDIES RIDER

The certificate to which this rider is attached is hereby amended to include the following provision.

**Administrative Remedies**

Any controversy arising out of or relating in any manner to the certificate is subject to certain administrative procedures that must be exhausted by you prior to pursuing any other remedy that may be available in law or equity. These administrative remedies are (1) Appeal of Decision; and (2) Mediation.

1. Appeal of Decision

   ( 1 ) If Colonial Penn Life Insurance Company makes a decision which you wish to appeal, a written request must be sent within sixty (60) days of the date of the Company's written notice of its decision. The appeal shall be addressed to Colonial Penn Life Insurance Company, Attn.: Second Vice President, Claims, 399 Market St., Philadelphia, Pennsylvania 19181.

   ( 2 ) Your written request must provide:

   ( a ) the certificate number, name of the insured, and a written statement of the reasons for the appeal and the facts of the matter; and

   ( b ) copies of any evidence or other supporting documentation.

   ( 3 ) ( a ) Within forty-five (45) days after the date of receipt of a timely-filed request for reconsideration, the Company must provide written notice to you that:

   ( i ) the decision has been reversed or modified;

   ( ii ) the decision has been reaffirmed; or

   ( iii ) additional information is being requested from you.

   ( b ) Within thirty (30) days after the requested information is received, the Company must notify you as provided in (i) or (ii) herein.

   ( c ) If you do not provide the information requested within sixty (60) days of the requesting date, the Company will reconsider the decision based on the information in the file.

2. Mediation

   After exhaustion of the Appeal of Decision procedures, the parties will, in good faith, attempt to settle any dispute arising out of or related in any manner to the certificate that remains by mediation in accordance with the Insurance Dispute Resolution Program, as amended, and as administered by the American Arbitration Association.

This rider is effective and terminates concurrently with the certificate to which it is attached and shall not otherwise vary, alter or extend any of the terms thereof.

President

# Your

# INSURANCE

## POLICY
## DOCUMENTS



**Colonial Penn Life Insurance Company**
399 Market Street
Philadelphia, PA 19181

MyColonialPenn.com

LP 25741-312



**Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA   19181**

A Stock Company

This certifies that, subject to the terms and conditions of Group Policy GWL-014 issued to COLONIAL PENN GROUP INSURANCE TRUST, the person named as the insured on the Certificate Schedule is covered by this insurance. The words "we", "us" and "our" refer to Colonial Penn Life Insurance Company. The words "you", "your" and "yours" refer to the owner.

The premium for this coverage is shown on the Certificate Schedule. If we have received a completed enrollment form and initial premium payment, the coverage will take effect on the Effective Date shown on the Certificate Schedule. Both must be mailed or delivered to us during the insured's lifetime and received not later than the Effective Date, unless a later date is specified by us in writing, or this certificate will never have been in effect and no benefit will be paid for any loss. If we allow payment by credit card or automatic bank account deduction, completed authorization for the same will be considered payment of the initial premium.

**RIGHT TO EXAMINE THIS CERTIFICATE**

If you decide that you do not want this coverage, you may return this certificate within 30 days after receipt. We will then send you a full refund of any premium paid. If returned, this certificate will never have been in effect.

<u>GROUP MODIFIED BENEFIT WHOLE LIFE CERTIFICATE</u>
Limited Death Benefit During First Two Certificate Years
for Non-Accidental Death
Face Amount Payable Thereafter
Premiums Payable to Insured's Age 100
Certificate Matures at Insured's Age 121
Non-Participating

## LIFE INSURANCE BENEFIT

**Benefit**

Upon receipt of due proof of the insured's death, we will pay the applicable Life Insurance Benefit to the entitled beneficiary. In the first two years, the Life Insurance Benefit is limited to the return of premium paid plus interest compounded annually.

### ACCIDENTAL DEATH DURING THE FIRST TWO CERTIFICATE YEARS

If, during the first two certificate years, the insured dies as a result of injury due to an accident, we will pay the applicable Accidental Death Benefit shown on the Certificate Schedule. This benefit will be paid in addition to applicable Life Insurance Benefit.

**Definition**

**Accidental Death** is death that results directly and independently of disease or bodily infirmity. Death must occur within 90 days of the accident causing that injury. The accident must occur while this certificate is in force. No benefit for Accidental Death will be paid if the accident occurs after the end of the grace period for any unpaid premium, even if this certificate is continued as paid-up or extended term insurance. Death that results from any of the following is not an Accidental Death:

- bodily or mental illness or disease of any kind.
- infection of any nature, except septic infection of a visible wound caused by an accident.
- medical or surgical treatment, except when required as a result of an accident.
- suicide while sane or insane.
- any poison or gas voluntarily taken, administered, absorbed, or inhaled, unless accidentally administered, absorbed, or inhaled.
- any war or act of war, declared or not.

## PREMIUM PROVISION

**Premium Payment**

Coverage will be effective subject to your payment of premiums. All premiums after the first are payable to us on the premium due date. Premiums are payable to the insured's age 100.

If premiums are paid to the insured's attained age 100, the certificate will automatically be continued in force until the earlier of the insured's death or the certificate maturity. While the certificate is continued in force, it may be surrendered for its cash value, less any loan, as described in the Surrender Provision in the section titled NON-FORFEITURE BENEFITS.

**Grace Period**

You have a grace period of 31 days after the due date to pay each premium after the first. Coverage will stay in effect during the grace period; however, if death occurs any unpaid premiums will be deducted from the Life Insurance Benefit. If any premium is not paid when due or during the grace period, this certificate will terminate at the end of the grace period subject to the Non-forfeiture Benefits.

**Reinstatement**

You may reinstate the coverage within 5 years of the date of termination unless this certificate has been surrendered for its cash value. To reinstate coverage, you must: (1) submit evidence acceptable to us that the insured is still insurable; (2) pay all overdue premiums with 6% interest compounded annually; and (3) repay or reinstate all loans with interest.

**TERMINATION PROVISION**

Subject to the Non-forfeiture Benefits Provision, coverage will terminate on the earliest of the following:

1. The end of the grace period following any premium due date for which the premium has not been paid.
2. 31 days after we mail you notice at your last known address that the maximum loan amount exceeds the cash value.
3. The date we receive your written request to terminate this coverage.
4. The date of the insured's death.

**LOAN PROVISION**

**Loans**  If this certificate is in force and has a cash value, you may obtain a loan on it. The certificate must be properly assigned to us before any loan is made. The maximum loan amount is the amount which when added to any existing loan and any unpaid premium together with 8% interest will not exceed the cash value.

**Loan Interest**  The loan interest rate is 8% per year. Interest is due at the end of each certificate year. If not paid when due, interest will be added to the loan amount.

**Loan Repayment**  You may repay at any time the whole or any part of any loan. If not repaid, the total of any outstanding loans and the interest thereon will be deducted from any Non-forfeiture Benefit or Life Insurance Benefit payable.

**Other Loan Rules**  Loans will not be made while this certificate is continued as paid-up or extended term insurance. We have the right to delay granting a loan for up to six months.

**NON-FORFEITURE BENEFITS**

**Non-forfeiture Benefits**  If, prior to the insured's attained age 100, the certificate has a cash value and a premium is unpaid at the end of the grace period, you may: (1) continue this certificate as extended term life insurance; (2) continue it as paid-up life insurance; or (3) surrender it for its cash value. If you make no selection within 60 days after the due date of the unpaid premium, this certificate will be automatically continued as extended term life insurance.

**Extended Term Life Insurance**  The certificate will be continued automatically from the due date of the unpaid premium as extended term life insurance for the period shown on the Certificate Schedule unless another option is selected. The amount of the death benefit under the extended term life insurance will be the current Life Insurance Benefit less any loans. The term period of such insurance will be that which the cash value will purchase as a net single premium at the insured's attained age.

| | |
|---|---|
| **Surrender** | You may surrender this certificate for its cash value less any loan. To surrender this certificate, you must submit a written request on a form satisfactory to us. Request for surrender of its cash value must be made while the certificate is in force. Once surrendered, this certificate is no longer in force. We may delay payment of the cash value for up to six months. |
| **Paid-up Life Insurance** | You may request paid-up life insurance upon presenting this certificate to Colonial Penn. This option provides a level amount of paid-up life insurance for the insured's lifetime. The cash value less any loan on the date you request this option will be used as a net single premium at the insured's attained age to purchase the paid-up life insurance. |
| **Surrender of Paid-up or Extended Term Insurance** | While this certificate is continued as paid-up life insurance or extended term insurance, you may surrender it at any time. The amount payable will be equal to the then present value of future benefits under that insurance. If such insurance is surrendered within 30 days from any certificate anniversary, we will pay an amount that will not be less than the present value of the future benefits on that anniversary. Once surrendered, this certificate is no longer in force. |
| **Calculation of Non-forfeiture Values** | We use sex distinct composite mortality rates on an age last birthday basis from the Commissioners 2001 Standard Ordinary Mortality Table in calculating the net single premiums, reserves and cash values under this certificate. In our calculations, we assume that: (a) any money held to pay future benefits guaranteed by the certificate will earn interest at the annual rate shown on the Certificate Schedule; (b) premiums are received at the beginning of the certificate year; and (c) the death benefit is paid at the end of the certificate year in which death occurs.<br><br>The calculations are based on the Insured's attained age. The calculation of non-forfeiture values at a time other than the certificate anniversary takes into account the elapsed time and any fractional premiums paid since the last anniversary. |
| **Method of Calculating Values** | The values shown in the Certificate Schedule are calculated by the Standard Non-forfeiture Method. This method is stated in the insurance laws of the state where the Group Policy is delivered. The values are not less than those required by the laws of that state on the Group Policy's effective date. |
| **Table of Non-forfeiture Values** | The Certificate Schedule shows non-forfeiture values applicable only at the certificate anniversary on or after the birthday on which the insured attains the stated age. The values assume that the premium is paid and no loans exist. We will furnish non-forfeiture values not shown on the Certificate Schedule upon request. |

## GENERAL PROVISIONS

| | |
|---|---|
| **Issue Age** | The insured's age as of his/her last birthday on or before the Effective Date of this certificate. |

| | |
|---|---|
| **Attained Age** | The insured's age as of his/her last birthday on or before the certificate anniversary. |
| **Insured** | The person whose life is covered by this certificate. |
| **Owner** | The owner is shown on the Certificate Schedule. The owner may exercise all rights and privileges, while the insured is living. You may change the owner at any time during the insured's lifetime. You must give written notice on a form satisfactory to us. Such change will take effect on the date you sign the notice, but only if we receive and file it at our Home Office. No request for change will affect any benefit paid or action taken before we receive and file it. |
| **Beneficiary** | Information regarding your beneficiary designation is shown on the Certificate Schedule. In the event there is no designated beneficiary living when the insured dies, proceeds will be paid to you or your estate. You may change the beneficiary at any time during the insured's lifetime. You must give written notice on a form satisfactory to us. Such change will take effect on the date you sign the notice, but only if we receive and file it at our Home Office. No request for change will affect any benefit paid or action taken before we receive and file it. |
| **Dates** | Certificate anniversaries, years and months are measured from the Effective Date shown on the Certificate Schedule. |
| **Group Policy Jurisdiction** | The Group Policy is subject to the laws of the jurisdiction in which it is delivered. |
| **Incontestability** | Except for non-payment of premium, this certificate is incontestable after it has been in force during the insured's lifetime for two years after the Effective Date. |
| **Misstatement of Age and Sex** | If the insured's age or sex has been misstated, the applicable benefit will be the amount which the premiums paid would have purchased at the correct age and sex. |
| **Assignment** | No assignment of interest in this certificate shall be binding upon the Company unless the original or a duplicate is filed with the Company at its Home Office prior to the time this certificate becomes payable. The Company will assume no responsibility for the validity or sufficiency of any assignment, and any claim hereunder shall be subject to proof of interest. |
| **Non-Participating** | The Group Policy is not participating and you will not share in our surplus earnings. |
| **Payment of Claims** | The Death Benefit will be due and payable not later than 2 months after the Company's receipt of due proof of your death. We will refund all premiums paid beyond the month in which death occurs. |
| **Certificate Maturity** | If the certificate is in force and the insured is alive at age 121, we will pay you the cash value, if any, less any loan amount, and this certificate will terminate. |

COLONIAL PENN LIFE INSURANCE COMPANY

Secretary President



**COLONIAL PENN** ®

---

**Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA   19181**

### CERTIFICATE SCHEDULE

| | |
|---|---|
| Insured:  Gary L Conway | Certificate Number:  TY57090828 |
| | Sex:  Male |
| Owner:  Loretta Johnson | Issue Age:  54 |
| 12401 N Mcarthur Blvd Apt 2601 | Effective Date:  November 04, 2011 |
| Oklahoma City, OK  73142-3063 | Premium:  $182.20  Semi-Annual |
| | Nonforfeiture Interest Rate:  5.00% |

**PLAN**  This is group modified benefit whole life insurance.  The Life Insurance Benefit is limited during the first two certificate years.  We will pay the applicable Life Insurance Benefit if the insured dies while the certificate is in force, subject to the terms of this certificate. Premiums are payable to age 100.  Certificate matures at insured's age 121.

The Accidental Death Benefit is payable if Accidental Death occurs during the first two certificate years.  This benefit is payable in addition to the Life Insurance Benefit.

**BENEFIT AMOUNTS**

1.  **1st and 2nd Certificate Year**

    a.  **Life Insurance Benefit,** return of premiums paid plus 7% interest compounded annually

    b.  **Accidental Death Benefit,** the Full Face Amount  $5,000

2.  **3rd Certificate Year and After**

    a.  **Life Insurance Benefit,** the Full Face Amount  $5,000

| YEAR | ATTAINED AGE | CASH VALUE | PAID-UP INSURANCE | EXTENDED TERM INSURANCE YEARS | DAYS |
|---|---|---|---|---|---|
| 1 | 55 | $0 | $0 | 0 | 0 |
| 2 | 56 | $65 | $190 | 1 | 311 |
| 3 | 57 | $160 | $445 | 4 | 14 |
| 4 | 58 | $260 | $695 | 5 | 266 |
| 5 | 59 | $365 | $945 | 7 | 24 |
| 6 | 60 | $470 | $1,170 | 8 | 44 |
| 7 | 61 | $575 | $1,385 | 8 | 360 |
| 8 | 62 | $680 | $1,585 | 9 | 249 |
| 9 | 63 | $790 | $1,780 | 10 | 101 |
| 10 | 64 | $900 | $1,965 | 10 | 267 |
| 11 | 65 | $1,010 | $2,135 | 11 | 28 |
| 12 | 66 | $1,120 | $2,300 | 11 | 117 |
| 13 | 67 | $1,235 | $2,460 | 11 | 187 |
| 14 | 68 | $1,345 | $2,600 | 11 | 207 |
| 15 | 69 | $1,465 | $2,750 | 11 | 228 |
| 16 | 70 | $1,580 | $2,885 | 11 | 209 |
| 17 | 71 | $1,700 | $3,015 | 11 | 184 |
| 18 | 72 | $1,820 | $3,140 | 11 | 145 |
| 19 | 73 | $1,940 | $3,260 | 11 | 95 |
| 20 | 74 | $2,055 | $3,365 | 11 | 21 |

**BENEFICIARY:**  Unless Subsequently Changed
Shirley A Cochran



**COLONIAL PENN** ®

Colonial Penn Life Insurance Company - 399 Market Street - Philadelphia, PA 19181

### ACCIDENTAL DEATH BENEFIT RIDER
### TERMINATES AT AGE 85

Insured:  Gary L Conway

Owner:  Loretta Johnson
12401 N Mcarthur Blvd Apt 2601
Oklahoma City, OK  73142-3063

Rider Premium: $5.70
            Semi-Annual

Certificate Number:  TY57090828

Issue Age:  54

Rider Effective Date:  November 04, 2011

Expiry Date:  November 04, 2042

Accidental Death Benefit: $5,000

This rider is attached to and made a part of the certificate bearing the Certificate Number shown above. If we have received an enrollment form and initial premium payment, this rider will take effect on the Rider Effective Date shown above. Both must be mailed or delivered to us during the insured's lifetime and received not later than the Rider Effective Date, unless a later date is specified by us in writing, or this rider will never have been in effect and no benefit will be paid for any loss.

When used in this rider, **Insured** means the person whose life is covered by the certificate. **Owner** means the owner shown above. If no owner has been designated, then the owner is the insured.  The terms "you" and "your" refer to the owner.  The owner may exercise all rights and privileges, while the insured is living.

### RIGHT TO EXAMINE THIS RIDER

If you decide that you do not want this coverage, you may return this rider within 30 days after receipt. We will then send you a full refund of any premium paid.  If returned, this rider will never have been in effect.

### ACCIDENTAL DEATH BENEFIT

**Accidental Death** is death that results directly and independently of all other causes from accidental bodily injury.  If the insured dies as a result of Accidental Death, we will pay the applicable Accidental Death Benefit shown above.  The benefit will be paid to the designated beneficiary upon receipt of due proof of Accidental Death.  Death must occur within 90 days of the accident causing that injury.  The accident must occur while this rider is in force.

The following exclusions apply specifically to the benefits provided under this Rider.

### EXCLUSIONS

Death that results directly or indirectly from any of the following is not an Accidental Death:

- bodily or mental illness or disease of any kind.
- infection of any nature, except septic infection of a visible wound caused by an accident.
- medical or surgical treatment, except when required as a result of an accident.
- suicide while sane or insane.
- any poison or gas voluntarily taken, administered, absorbed, or inhaled.
- any war or act of war, declared or not.

**INCONTESTABILITY**

Except for non-payment of premium, coverage under this rider is incontestable after it has been in force during the insured's lifetime for two years after the Rider Effective Date.

**TERMINATION**

Coverage under this rider will terminate on the earliest of the following:

1) the end of the grace period following any premium due date for which the premium for this rider has not been paid; 2) the date the certificate terminates; 3) the Expiry Date of this rider; or 4) the date the certificate is continued under any Non-forfeiture Benefit.

This rider is subject to all certificate provisions, definitions and conditions that are not in conflict with this rider.

COLONIAL PENN LIFE INSURANCE COMPANY

President